POTOMAC RESIDENCE CLUB, et al., Appellants/cross-appellees,

v.

WESTERN WORLD INSURANCE COMPANY, Appellee/cross-appellant.

Nos. 95–CV–1266, 95–CV–1268.

District of Columbia Court of Appeals.

Oct. 8, 1998.

Before WAGNER, Chief Judge; TERRY, STEADMAN, SCHWELB, FARRELL, RUIZ, and REID, Associate Judges; KING *, Associate Judge, Retired.

ORDER

PER CURIAM.

On consideration of the stipulation of dismissal filed by the parties, it is

ORDERED that these appeals are hereby dismissed, with each party bearing its own costs.